**Order entered October 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00430-CR

**DAVID CARL SWINGLE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 2-06-16**

## ORDER

The Court **REINSTATES** the appeal.

On September 12, 2013, we denied appellant's September 10, 2013 second motion to extend time to file his brief and ordered the trial court to make findings. On October 1, 2013, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the September 12, 2013 order to the extent it requires the trial court to make findings.

We **GRANT** the October 1, 2013 extension motion and **ORDER** appellant's brief filed as of the date of this order.

We **DENY** appellant's September 25, 2013 pro se motions to dismiss counsel and proceed pro se and to extend time to file his brief. *See Martinez v. Court of Appeals of Cal., Fourth Appellate Dist.*, 528 U.S. 152 (2000).

/s/    LANA MYERS
        JUSTICE